FILED
FEB 9 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

DECATUR HOTELS, L.L.C.

Plaintiff,

v.

Case No. 07- 99 C

UNITED STATES OF AMERICA,

Defendant.

**RULE 7.1 DISCLOSURE STATEMENT**

In accordance with RCFC 7.1, Plaintiff, Decatur Hotel, L.L.C. certifies as follows:

(1) Plaintiff, Decatur Hotels, L.L.C. has no parent corporation(s).

(2) Further, no publicly-traded company owns more than ten percent (10%) of the stock/membership of Plaintiff Decatur Hotels, L.L.C.

Respectfully submitted,

JAMES M. GARNER (Of Record)
MARTHA Y. CURTIS (Of Counsel)
KEITH L. MAGNESS (Of Counsel)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street - 28th Floor
New Orleans, LA 70112
Telephone: 504-299-2100
Facsimile: 504-299-2300
**ATTORNEYS FOR DECATUR HOTELS, L.L.C.**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

DECATUR HOTELS, L.L.C.

Plaintiff,

v. Case No. ____________________

UNITED STATES OF AMERICA,

Defendant.

**RULE 7.1 DISCLOSURE STATEMENT**

In accordance with RCFC 7.1, Plaintiff, Decatur Hotel, L.L.C. certifies as follows:

(1) Plaintiff, Decatur Hotels, L.L.C. has no parent corporation(s).

(2) Further, no publicly-traded company owns more than ten percent (10%) of the stock/membership of Plaintiff Decatur Hotels, L.L.C.

Respectfully submitted,

JAMES M. GARNER (Of Record)
MARTHA Y. CURTIS (Of Counsel)
KEITH L. MAGNESS (Of Counsel)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street - 28th Floor
New Orleans, LA 70112
Telephone: 504-299-2100
Facsimile: 504-299-2300
**ATTORNEYS FOR DECATUR HOTELS, L.L.C.**