IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DECATUR HOTELS, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-99C |
| | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of HILLARY A. STERN as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

HILLARY A. STERN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Hillary A. Stern
HILLARY A. STERN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Telephone (202) 305-7561
Facsimile (202) 305-7643

Dated: April 5, 2007