IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DECATUR HOTELS, L.L.C., Plaintiff, | ) | |
| v. | ) | No. 07-99C<br>Chief Judge Edward J. Damich |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 21 days, to and including May 1, 2007, within which to file its answer or otherwise respond to plaintiff's complaint. Our response currently is due on April 10, 2007. This is our first request for an enlargement for this purpose. Plaintiffs' counsel has authorized us to state that he does not object to this motion.

As grounds for this motion, we state that, although we promptly forwarded the complaint to the General Services Administration together with a request for the litigation report that the agency is statutorily obligated to provide, we have not yet received the litigation report. Agency counsel has provided a number of relevant documents but has advised us that he is still engaged in ascertaining whether any more relevant documents exist as well as attempting to speak with various individuals familiar with the circumstances alleged in the complaint. He has indicated that he will not be able to prepare the ligation report

until this research is complete and estimates that an additional two weeks will be necessary to accomplish this.

Based upon agency counsel’s representations, we anticipate that the additional 21 days requested in this motion for an enlargement of time will be sufficient to allow us to receive the litigation report and to prepare and useful and accurate answer to the complaint. Accordingly, we respectfully request that the Court grant this motion for an enlargement of time of 21 days, to and including May 1, 2007, within which to respond to plaintiffs' complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Hillary A. Stern
HILLARY A. STERN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Facsimile: (202) 305-7643

Attorneys for Defendant

April 9, 2007