IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DECATUR HOTELS, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-99C |
| | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the parties mutually agree that the claims that are the subject of this litigation shall be dismissed with prejudice. Each party will bear its own costs, including but not limited to attorney fees, in connection with this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director
Authorized Representative of the
Attorney General

s/James M. Garner
JAMES M. GARNER
MARTHA Y. CURTIS
KEITH L. MAGNESS
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street -28th fl.
New Orleans, LA 70112
Telephone: 504-299-211
Facsimile: 504-299-2300

Attorneys for Plaintiff

June 19, 2007

S/Hillary A. Stern
HILLARY A. STERN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0177

Attorneys for Defendant

June 21, 2007

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this ___ day of JUNE, 2007, I caused to be delivered by hand copies of "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE" addressed as follows:

______________________________